# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00006-CR

**Keith Shawn Lewis, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 54420, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Keith Shawn Lewis seeks to appeal from a judgment of conviction for intoxication assault. The trial court has certified that this is a plea bargain case and Lewis has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. Rule 25.2(d).

_____

David Puryear, Justice

Before Justices Kidd, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:  January 23, 2004

Do Not Publish